UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-11352-JAK-PDx | Date | October 21, 2026 |
| Title | Coshima USA Import, Inc. v. E and E Silk Craft Inc. et al | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| M. Lindaya | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL AS TO E&E SILK CRAFT, INC. AND LOAN BANH (DKT. 67)**

On October 16, 2026, a notice of settlement was filed stating that a settlement has been reached between Plaintiff and Defendants E&E Silk Craft, Inc. and Loan Banh. The Court sets an Order to Show Cause re Dismissal for November 30, 2026**.** If a dismissal is not filed by November 25, 2026, counsel shall file a response to the Order to Show Cause, which includes the status of the settlement and the anticipated date the dismissal will be filed. The response shall not include any substantive contents of any settlement discussions between the parties. In light of the foregoing, all dates and deadlines are vacated as to **E&E Silk Craft, Inc. and Loan Banh**, only.

**IT IS SO ORDERED.**

______ : ______

Initials of Preparer mal